IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: **Michael Scott Mogan** Debtor(s) | ) ) ) ) ) ) ) ) | 22 B 01957<br><br>Judge: Honorable David D. Cleary<br><br>Hearing Date: December 7, 2022<br>Time: 10:30 AM |

**Debtor Michael Mogan's Supplement To Amended Objections To The Motion For Relief From Stay Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust**

COMES NOW the Debtor Michael Scott Mogan, whom files this Supplement To his Amended Objections to the Motion for Relief From Stay filed by Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust (herein referred to as the "Creditor" or :Movant") and states as follows:

1. Debtor submitted an additional $1,109.26 mortgage payment on Thursday December 1, 2022. Attached as Exhibit A is the true and accurate copy of the pertinent pages of the payment receipt received from Select Portfolio Servicing Inc. *Mogan Decl. ¶2.* Attached as Exhibit B is a true and accurate copy of the amount being withdrawn from Debtor's Bank of America account. Id.

2. Debtor submitted an additional $1,109.26 mortgage payment on Monday December 5, 2022. *Mogan Decl. ¶3*. Attached as Exhibit C is the true and accurate copy of the pertinent pages of the payment receipt Debtor received from Select Portfolio Servicing Inc. Id.

3. Debtor submitted an additional $1,109.26 mortgage payment on Monday December 5, 2022 so funds would be withdrawn December 6, 2022. *Mogan Decl. ¶4.* Attached as Exhibit D is the true and accurate copy of the pertinent pages of the payment receipt Debtor received from Select Portfolio Servicing Inc. Id.

4. In summary Debtor has made three separate monthly mortgage payments since the November 30, 2022 hearing and wanted to inform the Honorable Court as soon as possible. Mogan Decl. ¶5.

5. Attached as Exhibit E is a true and accurate copy of the pertinent pages of Debtor's Bank of America statement indicating the present balance as of December 5, 2022 at approximately 11:13 AM CDT. Mogan Decl. ¶6.

Dated: December 5, 2022                                        Respectfully submitted,

                                                               Michael Mogan, Debtor

                                                               */s/ Michael Mogan*
                                                               By: Michael Mogan

Michael Scott Mogan
1800 W. Roscoe St, #307
Chicago, IL 60657
(773) 799-8477