**Fill in this information to identify your case:**

Debtor 1: Michael Scott Mogan
(First Name) (Middle Name) (Last Name)

Debtor 2 (Spouse, if filing): _____
(First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Northern District of Illinois

Case number (If known): 22-01957

☑ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

## Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
Creditor's Name: Access Group
Number Street: c/o Firstmark Services
P.O. Box 82522
City: Lincoln   State: NE   ZIP Code: 68501
Contact phone: (888) 538-7378

What is the nature of the claim? Student Loans

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: - $_____
Unsecured claim: $_____

$ 0.00

**2**
Creditor's Name: Department Of Education/NELN
Number Street: P.O. Box 82561
City: Lincoln   State: NE   ZIP Code: 68501
Contact phone: (888) 486-4822

What is the nature of the claim? Student Loans

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: - $_____
Unsecured claim: $_____

$ 524,715.00

Official Form 104   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

Debtor 1  Michael Scott Mogan   Case number (if known) 22-01957

| # | Creditor | Nature of Claim | Amount |
|---|---|---|---|
| 3 | Dave Willner, Jeff Henry and Sanaz Ebrahini, 1357 Johnson Street, Menlo Park, CA 94025 | Judgment; No lien | $22,159.50 |
| 4 | Comcast, The Corporation Company, 600 S. 2nd Street, Ste 104, Springfield, IL 62704 | Internet/Cable; None of the above apply; No lien | $472.00 |
| 5 | NV Energy, 8668 Spring Mountain Rd., Las Vegas, NV 89117 | Utilities; None of the above apply; No lien | $172.00 |
| 6 | Las Vegas Athletic Club, 8668 Spring Mountain Rd., Las Vegas, NV 89117 | Gym; Disputed; No lien | $478.00 |
| 7 | Charter Communications, 8014 Bayberry Road, Jacksonville, FL 32256 | Internet/Cable; None of the above apply; No lien | $91.00 |

Official Form 104   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 2

Debtor 1  Michael  Scott  Mogan  Case number (*if known*) 22-01957
First Name  Middle Name  Last Name

**Unsecured claim**

**8** Credit One Bank
Creditor's Name
33589 Treasury Center
Number  Street

Chicago  IL  89193
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security:  - $_____
Unsecured claim  $_____

$ 475.00

**9** City Of Chicago- EMS
Creditor's Name
33589 Treasury Center
Number  Street

Chicago  IL  60694
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? Ambulance

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security:  - $_____
Unsecured claim  $_____

$ 3,303.00

**10** Northwestern Medicine
Creditor's Name
P.O. Box 4090
Number  Street

Carol Stream  IL  60197
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? Medical Services

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security:  - $_____
Unsecured claim  $_____

$ 802.20

**11** Dave Willner, Jeff Henry, Sanaz Ebrahini and Airbnb Inc.
Creditor's Name
*Corporation Service Company Which Will Do Business In California As CSC-Lawyers Incorporating Service Center*
Number  Street
2710 Gateway Oaks Drive, Suite 150N

Sacramento  CA  95833
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? Judgment

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security:  - $_____
Unsecured claim  $_____

$ 162,734.10

**12** Sacks, Ricketts and Case LLP, Michele Floyd and Jacqueline Young
Creditor's Name
c/o DMM Corporate Services LLC
Number  Street
6730 North Scottsdale Road, Suite 220

Scottsdale  AZ  85252
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? Judgment

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security:  - $_____
Unsecured claim  $_____

$ 16,399.00

Official Form 104   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 3

Debtor 1  **Michael   Scott   Mogan**   Case number (*if known*) 22-01957
        First Name  Middle Name  Last Name

| | | Unsecured claim |
|---|---|---|
| **13** Thomson Reuters<br>c/o Moss And Barrett<br>150 S. Fifth Street, Suite 1200<br>Minneapolis, MN 55402 | What is the nature of the claim? **Online Subscription**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply<br>Does the creditor have a lien on your property?<br>☒ No<br>☐ Yes. | $ 1,469.57 |
| **14** Discover Bank<br>Discover Products Inc.<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | What is the nature of the claim? **Credit Card**<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>☐ None of the above apply<br>☒ No | $ 2,741.00 |
| **15** Citibank<br>P.O. Box 6497<br>Sioux Falls, SD 57117 | What is the nature of the claim? **Credit Card**<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>☐ None of the above apply<br>☒ No | $ 7,900.00 |
| **16** J.P. Morgan Chase Bank<br>P.O. Box 15369<br>Wilmington, DE 19850 | What is the nature of the claim? **Credit Card**<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>☐ None of the above apply<br>☒ No | $ 2,645.00 |
| **17** SBA<br>CESC-COVIL EIDL Service Center<br>14925 Kingport Rd.<br>Fort Worth, TX 76155 | What is the nature of the claim? **Loan**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply<br>☒ No | $ 3,886.28 |

Debtor 1  **Michael         Scott        Mogan**           Case number (*if known*) 22-01957
         First Name    Middle Name    Last Name

| | Unsecured claim |

**18**

Creditor's Name
Number    Street

City    State    ZIP Code
Contact
Contact phone

**What is the nature of the claim?** __    — $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
  Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
  No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    − $_____
    Unsecured claim    $_____

**19**

Number    Street

City    State    ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
  None of the above apply

**Does the creditor have a lien on your property?**
  No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    − $_____
    Unsecured claim    $_____

**20**

Creditor's Name
Number    Street

City    State    ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
  None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    − $_____
    Unsecured claim    $_____

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗   s/ Michael Mogan                    ✗ _____
Signature of Debtor 1                    Signature of Debtor 2

Date  07/09/2024              Date _____
    MM / DD / YYYY                    MM / DD / YYYY

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 5