IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re                                               )
                                                    ) Case 22-bk-01957
Michael Scott Mogan                                 )
                                                    ) Ch. 11
      Debtor.                                       )
                                                    ) Judge: Honorable David D. Cleary
                                                    )

### SUMMARY BALLOT REPORT AND CERTIFICATION

Michael Mogan, ["Debtor"], by and through its attorney Michael Mogan hereby summarizes, reports, and certifies to the Court the results of the balloting on the Michael Mogan's Third Amended Plan of Reorganization Under Chapter 11 (hereinafter, the "Plan"), dated 12/8/2024, and in making such report states as follows:

### TIMELY AND UNTIMELY FILED BALLOTS

1. Of the eleven ballots issued, no ballots were filed.

### SUMMARY OF BALLOTING BY CLASS

1. *Class # 1 -* Secured Claim Of Select Portfolio Servicing:
   This class is unimpaired, has not voted upon the Plan.

   | Class 1 | Ballots | Claims in terms of $ |
   |---|---|---|
   | Total in class | One ballot distributed. | $157,119.22 of allowed claim |
   | # filed | One ballot [100% of total] | $157,119.22 [(100% of total) |
   | for Plan | None. | n/a |
   | against Plan | One ballot [100% of total] | $157,119.22 [100% of total) |

2. *Class #2 –* Secured Claim of Bank of America
   This class is unimpaired, and has not voted upon the Plan.

   | Class 2 | Ballots | Claims in terms of $ |
   |---|---|---|
   | Total in class | One ballot distributed. | $25,856.52 of allowed claim |
   | # filed | None. | n/a |
   | for Plan | None. | n/a |
   | against Plan | None. | n/a |

3. *Class # 3:* General unsecured claims.

   This class is unimpaired, and none of the unsecured creditors voted upon the Plan.

   | Class 4 | Ballots | Claims in terms of $ |
   |---|---|---|
   | Total in class | Nine ballots distributed. | $11,129.05 of allowed claims |
   | # filed | None. | n/a |
   | for Plan | None. | n/a |
   | against Plan | None. | n/a |

Summary of ballots sent to general unsecured creditors:

| | Creditor | Unsecured claim | Proof of claim Filed | Proof of claim/Amount |
|---|---|---|---|---|
| 1. | Comcast | $472.00 | No | n/a |
| 2. | NV Energy | $172.00 | No | n/a |
| 3. | Las Vegas Athletic Club | $478.00 | No | n/a |
| 4. | Charter Communications | $ 91.00 | No | n/a |
| 5. | Credit One Bank | $475.00 | Yes | Claim 5 [$389] |
| 6. | City of Chicago | $3,303.00 | No | n/a |
| 7. | Northwestern Medicine | $802.20 | No | n/a |
| 8. | Thomson Reuters | $1,469.57 | No | n/a |
| 9. | SBA | $3,866.28 | No | n/a |

### CERTIFICATION

I certify that Michael Mogan retains the ballots and will, upon request of the Court, and/or the U.S. Trustee, produce copies of all such ballots. I further certify that the above summary report is an accurate summary of all classes, all allowed claims, and all ballots voted.

Dated: March 7, 2025

By: s/ Michael Mogan
Michael Mogan
1800 W Roscoe St, #307
Chicago, IL 60657
mm@michaelmogan.com
(773)799-8477