IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:    Michael Scott Mogan        )    22-bk- 01957
          Debtor(s)                  )
                                     )    Judge: Honorable David D. Cleary
                                     )

### Order Confirming Plan

This matter comes before the court for confirmation of the third amended plan under chapter 11 of the Bankruptcy Code filed by Michael Mogan on December 8, 2024 (Third Amended Plan) (#265); and the U.S. Trustee's motion to convert or dismiss a Chapter 11 Case ("Motion") (#284). No objections were filed in accordance with the court's scheduling order (#300). Having reviewed the pleadings submitted and heard the arguments of counsel;

IT IS ORDERED that:

1. The Motion is withdrawn; and

2. The Third Amended Plan is confirmed.

Date: March 13, 2025

_____
Honorable David D. Cleary
United States Bankruptcy Judge

Prepared by:

Michael Scott Mogan
1800 W. Roscoe St, #307
Chicago, IL 60657
(773) 799-8477